

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Long Tran,

* From the 39th District Court
  of Haskell County,
  Trial Court No. 12689.

Vs. No. 11-23-00186-CV

* September 26, 2024

City of Haskell, Texas,

* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Long Tran.